UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:  CDUB, LLC                        :
        Debtor                        :
                                      :    Case No.   15-11479-RGM
                                      :    Chapter    11

### MOTION FOR AUTHORITY TO SELL REAL PROPERTY

COMES NOW, CDUB, LLC, the debtor herein, and moves that it be granted leave to sell certain real property on the terms and conditions set forth hereinbelow.   As his grounds therefore, he states as follows:

1.   The debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code in this Court on April 30, 2015.

2.   At the time of filing, the Debtor owned real property located at 13145 Melville Lane, Fairfax, Virginia   22033.

3.   The Debtor has accepted an offer to purchase said real estate for $440,000.00 from the purchaser Cali Redemption, LLC.

4.   There is a one Deed of Trust against said real estate in the approximate amount of $455,000.00, held by Birmiel Profit Sharing Trust.

_____
**Nathan Fisher**
**3977 Chain Bridge Rd., #2**
**Fairfax, VA   22030**
**VSB #37161**
**(703) 691-1642**

5. The sale is beneficial to the Debtor and creditors alike, as the sale will allow immediate funding for the plan and will allow for a quicker completion of the current Chapter 11 case.

6. The Debtor wishes to proceed to closing on May 29, 2015.

WHEREFORE, CDUB, LLC prays that the proposed sale of 13145 Melville Lane, Fairfax, VA   22030 be approved by the Court.

CDUB, LLC<br>
By Counsel

Date:  <u>May 19, 2015</u>             /s/ Nathan Fisher
                                       **Nathan Fisher**
                                       **Counsel for Debtor**
                                       **3977 Chain Bridge Rd., #2**
                                       **Fairfax, VA   22042**
                                       **(703) 691-1642**
                                       **VSB #37161**

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 19th day of May, 2015 served the foregoing motion by first-class mail, postage prepaid, upon the following parties: The Office of the U.S. Trustee, 115 S. Union St., Suite 206, Alexandria, VA 22314; CDUB, LLC, 13145 Melville Lane, Fairfax. VA 22033; and all of the creditors on the attached mailing matrix.

                                       /s/ Nathan Fisher
                                       **Nathan Fisher**