IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CDUB, LLC, ) | Case No. 15-11479-RGM |
| ) | Chapter 11 |
| Debtor, ) | |
| _____ ) | |

### ORDER AUTHORIZING SALE OF REAL PROPERTY

THIS CASE came this day on the Motion of the Debtor, CDUB, LLC for authority to sell certain real property; and

IT APPEARING that Notice of the proposed sale was mailed to all creditors and parties in interest on May 19, 2015; that no objections were filed and that the Motion is otherwise proper and should be granted; it is therefore

ORDERED that CDUB, LLC be, and hereby is, authorized to sell on or before May 29, 2015, or shortly thereafter, the real property known as 13145 Melville Lane, Fairfax, Virginia 22033, and more particularly described as follows:

> Lot 1, Block 54, GREEN BRIAR SUBDIVISION, Section 12, as the same appears duly dedicated, platted and recorded in Deed Book 3193 at Page 79, among the land records of Fairfax County Virginia.
>
> AND BEING the same property conveyed to the Grantor by deed from Mia Tharp, dated May 5, 2010, and recorded in Deed Book 21041 at page 717 among the aforesaid land records, having an address of 13145 Melville Lane, Fairfax, VA 22033.

IT IS FURTHER ORDERED that the sale of said real property shall not be free and clear of liens unless payment to Howard A. Birmiel, Trustee of the Howard A. Birmiel Profit Sharing Plan holder of the First Deed of Trust and First Deed of Trust Note is made in full; and it is

FURTHER ORDERED that Charles Wigington and Mia Thorpe members of the Debtor, CDUB, LLC shall be responsible for payment of the unsecured claim of American InfoSource LP

as agent for T Mobile/T-Mobile USA Inc., Claim No. 1 in the amount of $5,772.88; and it is

FURTHER ORDERED that the stay of this Order pursuant to Federal Rules of Bankruptcy Procedure 4001(a)(3) is hereby waived.

DONE at Alexandria, Virginia this ____ day of May, 2015.

Date: May 28 2015

/s/ Robert G. Mayer
ROBERT G. MAYER
Judge U.S. Bankruptcy Court

Entered on Docket: May 28, 2015

I ASK FOR THIS:

/s/ Nathan A. Fisher
NATHAN A. FISHER, ESQUIRE
3977 Chain Bridge Road, No. 2
Fairfax, Virginia 220930
Tel: (703) 691-1642
Fax: (703) 691-0192
*Counsel for CDUB, LLC*


SEEN AND NOT OBJECTED TO:

LAW OFFICE OF JOHN T. DONELAN


/s/ John T. Donelan
JOHN T. DONELAN, ESQUIRE
Virginia State Bar No. 18049
125 South Royal Street
Alexandria, Virginia 22314
Tel: (703) 684-7555
Fax: (703) 684-0981
*Counsel for Howard A. Birmiel, Trustee*
*for the Howard A. Birmiel Profit Sharing Plan*
Copies to:

Nathan A. Fisher, Esquire
Fbarsad@cs.com

Jack Frankel, Trustee
jack.i.frankel@usdoj.gov

2

3

John T. Donelan, Esquire
donelanlaw@gmail.com

CDUB, LLC
13145 Melville Lane
Fairfax, VA 22033

3