United States Bankruptcy Court
Eastern District of Virginia
Alexandria Division

In re:

**CDUB, LLC        ,**              Case No. 15-11479-RGM

    Debtor.                   Chapter 11

    Hearing:  **October 13, 2015, at 11:00 am**
    **Courtroom I, 2nd Floo**r

### Motion to Dismiss or Convert Case to Chapter 7

    Comes Now, Judy A. Robbins, United States Trustee, and moves the Court to dismiss or convert this case to a case under chapter 7 of the Bankruptcy Code. In support of this motion the following representations are made:

1. The Court has jurisdiction to hear and decide this matter. This is a core proceeding.
2. On April 30, 2015, the debtor filed a petition for relief under chapter 11 of the Bankruptcy Code.
3. On May 28, 2015, the Court entered an Order Authorizing Sale of Real Property located at 13145 Melville Lane, Fairfax, VA 22033.
4. The real property located on Melville Lane was the debtor's primary property.
5. No report of sale has been filed.
6. No monthly financial reports have been filed.
7. No disclosure statement and plan of reorganization have been filed.
8. The United States Trustee fee for the 2nd quarter of 2015 has not been paid.
9. Cause exists pursuant to Section 1112(b)(4) of the Bankruptcy Code to grant the requested relief.

    Wherefore, the United States Trustee moves the Court to dismiss or convert this case to chapter 7.

August 12, 2015

    Judy A. Robbins
    United States Trustee

    /s/ Jack Frankel
    Jack Frankel, Attorney
    Office of United States Trustee
    115 South Union Street
    Alexandria, VA 22314
    (703) 557-7229

Certificate of Service

    I hereby certify that on the 12th day of August, 2015, I mailed, first class, postage prepaid, United States mail, a copy of the motion to dismiss or convert case to chapter 7, and notice of motion and hearing to dismiss or convert, by United States mail, first class, postage prepaid, to the debtor's address of record and e-mailed a copy to the debtor's attorney

| **CDUB, LLC**<br>13145 Melville Lane<br>Fairfax, VA 22033 | **Nathan A. Fisher**<br>3977 Chain Bridge Road, #2<br>Fairfax, VA 22030<br>Email: Fbarsad@cs.com |
|---|---|

        /s/  Jack Frankel
        Jack Frankel