**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

In re:

**CDUB, LLC,**

           Debtor.

Case No. 15-11479-RGM

Chapter 11

**Hearing October 13, 2015 at 11:00 am
Courtroom I, 2nd Floor**

### Notice of Motion and Hearing

The Office of the U.S. Trustee has filed papers with the court to convert this case to chapter 7 or to dismiss this case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five days before the scheduled hearing, **hearing is scheduled for October 13, 2015, at 11:00 am,** you or your attorney must:

■     File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

■     Attend the hearing scheduled to be held on **October 13, 2015 at 11:00 o'clock a.m.** in Courtroom <u>No. 1,</u> 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely response has been filed opposing the relief requested, the court may grant the relief without**

1

Office of United States Trustee
115 S Union Street
Alexandria, VA 22314
(703) 557-7229
Jack Frankel, Attorney

■   **holding a hearing.**

■   A copy of any written response must be mailed to the following persons:

■   United States Trustee, Region IV
    115 South Union St, Suite 210
    Alexandria, Va 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

| August 12, 2015 | Judy A. Robbins |
| | United States Trustee |
| | |
| | /s/*Jack I. Frankel* |
| | Jack I. Frankel, Attorney |
| | Office of United States Trustee |
| | 115 South Union Street, Suite 210 |
| | Alexandria, VA 22314 |
| | (703) 557-7176 |

Certificate of Service

I hereby certify that on the 12th day of August, 2015, I mailed, first class, postage prepaid, United States mail, a copy of the motion to dismiss or convert case to chapter 7, and notice of motion and hearing to dismiss or convert, by United States mail, first class, postage prepaid, to the debtor's address of record and e-mailed a copy to the debtor's attorney

| **CDUB, LLC**<br>13145 Melville Lane<br>Fairfax, VA 22033 | **Nathan A. Fisher**<br>3977 Chain Bridge Road, #2<br>Fairfax, VA 22030<br>Email: Fbarsad@cs.com |

/s/  Jack Frankel<br>Jack Frankel

Office of United States Trustee
115 S Union Street
Alexandria, VA 22314
(703) 557-7229
Jack Frankel, Attorney